AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BENJAMIN FRANKLIN FRANCHISING, LLC <br><br> *Plaintiff(s)* <br> v. <br> COMPLETE PLUMBING, INC.; JASON MARTIN; TAMMY MARTIN <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:16cv115T27B |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TAMMY MARTIN
14909 State Road 159
Lewis, IN 47858

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sara F. Holladay-Tobias, Esquire
Fla Bar No. 0026225
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 19 2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*